The prisoner was acquitted.

The People
vs.
NickO'Bryan

The People *vs.* Nick O'Bryan.  *Petit Larceny.*

NICK O'BRYAN was put to the bar, charged with com- The circum-
mitting a petit larceny of a watch, the property of Walter stances of a
case may be
Barmore, on the 27th day of January, 1823. so strong as to
induce a con-
It appeared, by the testimony of William M'Menomy, viction.
his mother, and James M'Menomy, his brother, that the
prisoner came to Mrs. M'Menomy's house on the 28th day
of January, and offered the watch for sale ; it was pur-
chased by William M'Menomy for a small sum.

M'Menomy was arrested with the watch in his posses-
sion, and taken to the police office, and finally committed.
At the time he was arrested, and after, he prevaricated
and told different, and contradictory stories.  He first said
he found it, and afterwards declared he had purchased it
of a sailor ; but at last asserted he had bought it of Nick
O'Bryan.  He excused himself for thus prevaricating, by
saying he was intimidated, and was afraid of bringing
himself into trouble by telling the truth in the first instance.

*M'Ewing,* counsel for the prisoner, contended that the
evidence against his client was of such a suspicious kind,
that he thought no jury would feel themselves authorized
to convict upon it : that it was impossible to place any
reliance upon the testimony of a witness who had shown
himself unworthy of belief, by the many and different

NEW-YORK, stories he had told concerning the manner of his reception
Feb. 1823. of the watch.

The People    *Maxwell* replied that it was true  William M'Menomy
    vs.
NickO'Bryan had, upon being arrested by the police officers, and after
the watch was found upon him, told different and contra-
dictory stories in relation to it; but that he had shown the
court and jury, by respectable witnesses, that the prisoner
came to Mrs. M'Menomy's house on the 28th of January,
with the watch described in the indictment, and that Mrs.
M'Menomy and her son believe, from the conversation
between the prisoner and William M'Menomy, that the
prisoner sold William the watch: that they saw them bar-
gaining for it; and that the circumstances of the case were
too strong to be doubted, independent of the testimony of
William M'Menomy.

The Court observed the evidence was strong, and per-
haps conclusive.    It would therefore lay upon the pris-
oner to give a fair and satisfactory account to the court
and jury how it came into his possession.    The court ad-
verted to the circumstances of the case, and observed that
they might be of that nature to induce a conviction by
themselves—that they were strong in this case. The pris-
oner was seen at Mrs. M'Menomy's house in a treaty with
her son William for the watch, and William was after-
wards seen in possession of it.    It was true he prevari-
cated when arrested; but it is not improbable that fear
might have operated upon, and misled him.

The Court left it to the jury to say, from the evidence
of William M'Menomy, and the circumstances of the case,
whether the prisoner was guilty, or not guilty.

The jury found him not guilty.